UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AMAR PAUL SINGH SAWHNEY** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-7651-EEF-SS** |
| **TD AMERITRADE** | |

**ORDER**

PLAINTIFF'S REQUEST FOR PERMISSION TO SUPPLEMENT COMPLAINT (Rec. doc. 21) **DENIED WITHOUT PREJUDICE**

On December 12, 2010, the plaintiff, Amar Paul Singh Sawhney ("Sawhney"), filed a complaint in proper person. Rec. doc. 1. On February 1, 2010, he amended the complaint. Rec. doc. 2. He alleged that: (1) he is 72 years old; (2) between June 26, 2008 and October 10, 2008, the defendant, TD-Ameritrade ("Ameritrade"), destroyed his life savings of more than $1 million; (3) it mishandled a complex online options strategy; and (4) there were deficiencies in an arbitration proceeding in which his complaint was denied. Rec. doc. 3. On March 5, 2010, Ameritrade filed a motion to confirm the arbitration award which is pending before the District Judge. Rec. doc. 10.

On March 3, 2010, Sawhney filed a motion for leave to file a supplemental complaint. Rec. doc. 13. Ameritrade opposed the motion. Rec. doc. 14. Sawhney's motion was denied without prejudice. Rec. doc. 16. The order states:

> Before Sawhney is permitted to file a further amendment to his complaint that is substantively the same as his first amended complaint, the Court should have the opportunity to resolve Ameritrade's motion to confirm arbitration award. If its motion is denied, Sawhney may renew his motion for leave to amend.

Rec. doc. 16 at 2.

On March 25, 2010, two handwritten letters from Sawhney were filed in the record. Rec. docs. 18 and 19. On March 26, 2010, Ameritrade filed a response. Rec. doc. 17. On April 1, 2010, a letter from Sawhney, dated March 27, 2010, concerning the order denying his motion for leave to supplement without prejudice was filed in the record. Rec. doc. 20. On April 9, 2010, he filed a motion to supplement his complaint with a letter, dated March 29, 2010. Rec. doc. 21. He indicates it is a response Ameritrade's filing of March 26, 2010. He contends that the arbitration award is wrong and should be vacated. Rec. doc. 21 (Exhibits). No further action is required to make the March 29, 2010 letter part of the record. To the extent Sawhney requests that his original complaint be supplemented or amended by the March 29, 2010 letter, the motion must be denied without prejudice. If the District Judge denies Ameritrade's motion to confirm arbitration award, Sawhney may move for leave to amend.

IT IS ORDERED that Sawhney's motion for permission to supplement his complaint (Rec. doc. 21) is DENIED without prejudice.

New Orleans, Louisiana, this 29th day of April, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**