# SARETSKY HART MICHAELS & GOULD PC
995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

December 31, 2009

| | |
|---|---|
| Invoice# | 2599 MH |
| Our file# | 9 0016 |
| Billing through | 12/31/2009 |

TD AMERITRADE

**REDACTED**

AMAR PAUL SINGH SAWHNEY

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/03/2009 | MH | REVIEW CLAIMANT'S "MOTION" TO REOPEN CASE | 0.20 hrs. | 61.00 |
| 12/03/2009 | JML | REVIEW EMAIL FROM FINRA TO CLAIMANT RE: CLAIMANT'S POST-HEARING SUBMISSIONS | 0.20 hrs. | 44.00 |
| 12/07/2009 | JML | REVIEW CLAIMANT'S MOTION TO MODIFY THE ARBITRATION AWARD; EMAIL AND COPY OF SAME TO CLIENT | 0.50 hrs. | 110.00 |
| 12/16/2009 | MH | REVIEW SAWHNEY'S UNITED STATES DISTRICT COURT FILING TO VACATE ARBITRATION AWARD AND EMAIL TO REDACTED REGARDING SAME | 0.40 hrs. | 122.00 |
| 12/16/2009 | JML | DRAFT RESPONSE TO CLAIMANT'S REQUEST TO MODIFY THE ARBITRATION AWARD; FILED SAME WITH FINRA; REVIEWED EMAIL FROM FINRA IN RESPONSE; OBTAIN COPY OF FEDERAL COURT COMPLAINT FILED BY CLAIMANT TO VACATE THE ARBITRATION AWARD | 2.50 hrs. | 550.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/17/2009 | JML | REVIEW LETTER FROM FINRA TO CLAIMANT RE: HIS SECOND REQUEST THAT THE ARBITRATION BE REVIEWED | 0.20 hrs. | 44.00 |
| 12/28/2009 | MH | LETTER FROM SAWHNEY, REVIEW REQUEST TO WAIVE SERVICE, AND EMAIL TO REDACTED REGARDING SAME | 0.50 hrs. | 152.50 |
| 12/29/2009 | MH | REVIEW U.S. DISTRICT COURT IN NEW ORLEANS LOCAL RULES | 0.60 hrs. | 183.00 |

$1,266.50

EXPENSES

REDACTED

| | | | | |
|---|---|---|---|---|
| JML | LUCAS, JANINE M | 3.40 Hrs | 220.00 /Hr | 748.00 |
| MH | HART, MILES D | 1.70 Hrs | 305.00 /Hr | 518.50 |

Billing Summary

Total professional services        $1,266.50
Total expenses incurred              0

Total $1,266.50

REDACTED

SARETSKY HART MICHAELS & GOULD PC
995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

January 31, 2010

|  | Invoice# | 2600 MH |
|---|---|---|
|  | Our file# | 9   0016 |
| TD AMERITRADE | Billing through | 01/31/2010 |

REDACTED

AMAR PAUL SINGH SAWHNEY
PROFESSIONAL SERVICES

| 01/12/2010 | MH | RESEARCH RELATED TO VACATING ARBITRATION AWARDS IN LOUISIANA AND 5TH CIRCUIT COURT OF APPEALS | 1.40 hrs. | 427.00 |
| 01/15/2010 | MH | REVIEW 5TH CIRCUIT CASELAW ON VACATING ARBITRATION AWARDS | 1.40 hrs. | 427.00 |
| 01/22/2010 | MH | REVIEW LOUISIANA DISTRICT COURT LOCAL RULES FOR SUBMISSIONS AND STUDY CLAIMANT'S APPEAL BRIEF FOR LEGAL AND EQUITABLE ARGUMENTS TO ATTACK | 1.80 hrs. | 549.00 |

REDACTED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/2010 | JML | EMAILS TO/FROM CLIENT RE: ACCEPTING SERVICE AND WAIVING PERSONAL SERVICE; LETTER TO SAWHNEY RE: WAIVER FORM, STATUS OF RESPONSE | 1.20 hrs. | 264.00 |
| | | | −.50 hrs | −110.00 |
| | | | .70 hrs | 154.00 |

REDACTED

REDACTED

| 01/29/2010 | MH | TELEPHONE CALL WITH LOCAL COUNSEL | 0.20 hrs. | 61.00 |

REDACTED

$~~$1,728.00$~~$ $1,618.00

**EXPENSES**

**REDACTED**

| | | | | |
|---|---|---|---|---|
| 01/31/2010 | IN HOUSE COPIES | | COPIES @.10 PER PAGE | 1.30 |

$1.30

| | | | | |
|---|---|---|---|---|
| AMA | ANDERSON, ANN M | 4.50 Hrs | 0.00 /Hr | 0.00 |
| JML | LUCAS, JANINE M | 1.20 Hrs | 220.00 /Hr | 264.00 |
| MH | HART, MILES D | 4.80 Hrs | 305.00 /Hr | 1464.00 |

<u>Billing Summary</u>

Total professional services        $~~1,728.00~~ $1618.00

Total expenses incurred            ~~$69.18~~ $1.30

Total: $1,619.30

REDACTED

# SARETSKY HART MICHAELS & GOULD PC
995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

February 28, 2010

|  |  |  |
|---|---|---|
| Invoice# | 2622 | MH |
| Our file# | 9 | 0016 |
| Billing through | 02/28/2010 | |

TD AMERITRADE

**REDACTED**

AMAR PAUL SINGH SAWHNEY

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/2010 | MH | EMAIL FROM SAWHNEY REGARDING RECEIPT OF WAIVER OF SERVICE, AND REVIEW OF CASELAW TO BE CITED IN OUR BRIEF OPPOSING THE MOTION TO VACATE ARBITRATION AWARD | 1.80 hrs. | 549.00 |
| 02/02/2010 | AMA | EMAIL TO J MCMAHON | 0.10 hrs. | 16.50 |
| 02/02/2010 | JML | REVIEW LETTER AND EMAILS FROM CLAIMANT RE: SUMMONS/WAIVER OF SERVICE | 0.30 hrs. | 66.00 |
| 02/03/2010 | AMA | TELEPHONE CALL TO J MCMAHON | 0.10 hrs. | 16.50 |
| 02/03/2010 | AMA | MOTION TO APPEAR PRO HAC VICE | 0.20 hrs. | 33.00 |
| 02/03/2010 | AMA | MEMORANDUM IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE | 0.20 hrs. | 33.00 |
| 02/03/2010 | AMA | PROPOSED EX PARTE ORDER GRANTING | 0.20 hrs. | 33.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/03/2010 | AMA | AFFIDAVIT OF MILES D HART | 0.20 hrs. | 33.00 |
| 02/03/2010 | AMA | AFFIDAVIT OF JANINE M LUCAS | 0.20 hrs. | 33.00 |
| 02/03/2010 | AMA | APPEARANCE OF J MCMAHON | 0.20 hrs. | 33.00 |
| 02/03/2010 | AMA | LETTER TO J MCMAHON | 0.50 hrs. | 82.50 |
| 02/04/2010 | JML | LEGAL RESEARCH/STARTED DRAFTING RESPONSE TO MOTION TO VACATE | 4.60 hrs. | 1,012.00 |
| 02/05/2010 | MH | REVIEW SAWHNEY'S AMENDED COMPLAINT FOR MOTION TO VACATE AWARD | 0.30 hrs. | 91.50 |
| 02/05/2010 | AMA | TELEPHONE CALL TO JOSEPH MCMAHON | 0.10 hrs. | 16.50 |
| 02/05/2010 | JML | LEGAL RESEARCH/COMPLETED RESPONSE TO MOTION TO VACATE; REVIEWED AMENDED MOTION TO VACATE (FILED WITH COURT, BUT NOT SERVED ON TD AMERITRADE) | 5.20 hrs. | 1,144.00 |
| 02/08/2010 | MH | REVIEW AND REVISE RESPONSE TO SAWHNEY'S MOTION TO VACATE ARBITRATION AWARD | 0.90 hrs. | 274.50 |
| 02/08/2010 | JML | REVISIONS TO RESPONSE TO MOTION TO VACATE; EMAIL FINAL DRAFT TO CLIENT | 1.00 hrs. | 220.00 |
| 02/10/2010 | MH | EMAIL TO AND FROM LOCAL COUNSEL RELATED TO FILING REQUIREMENTS | 0.10 hrs. | 30.50 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/15/2010 | JML | EMAILS TO/FROM CLIENT RE: COMMENTS TO RESPONSE TO MOTION TO VACATE **REDACTED** REVISIONS TO RESPONSE TO MOTION TO VACATE; EMAIL AND COPY OF SAME TO LOCAL COUNSEL FOR FILING | 1.50 hrs. −.40 hrs. ―――― 1.10 hrs | 330.00 −88.00 ―――― 242.00 |
| 02/17/2010 | JML | CALL AND EMAIL TO LOCAL COUNSEL RE: STATUS OF FILING RESPONSE TO MOTION TO VACATE | 0.20 hrs. | 44.00 |
| 02/22/2010 | JML | CALLS/EMAILS TO/FROM LOCAL COUNSEL RE: FILING OF RESPONSE TO SAWHNEY'S MOTION AND PRO HAC VICE MOTIONS | 0.30 hrs. | 66.00 |
| 02/23/2010 | JML | EMAILS TO/FROM LOCAL COUNSEL RE: STATUS OF FILINGS AND REQUEST FOR TIME STAMP COPIES | 0.20 hrs. | 44.00 |
| 02/24/2010 | JML | REVIEW FAX FROM ~~OPPOSING~~ local COUNSEL RE: TIME STAMP COPIES OF FILINGS; CALL COURT RE: FILINGS NOT SHOWING ON E-FILING SYSTEM; EMAIL TO LOCAL COUNSEL REQUESTING PROOF OF SERVICE | 0.50 hrs. | 110.00 |
| 02/25/2010 | JML | EMAIL TO ~~OPPOSING~~ local COUNSEL REQUESTING PROOF OF SERVICE; REVIEWED ELECTRONIC FILING SYSTEM AGAIN TO DETERMINE WHETHER FILINGS HAD BEEN ENTERED; LETTER AND COPY OF DOCUMENTS THAT HAD BEEN E-FILED TO CLAIMANT **REDACTED** | 2.00 hrs. −1.50 ―――― .50 | 440.00 −330.00 ―――― 110.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/26/2010 | MH | REVIEW FEDERAL COURT FILINGS TO DATE AND REDACTED | 0.90 hrs. | 274.50 |
| | | | −.40 hrs | −122.00 |
| | | | .50 hrs | 152.50 |
| 02/26/2010 | JML | REVIEW E-MAIL FROM CLAIMANT RE: SERVICE OF DOCUMENTS REDACTED | 2.20 hrs. | 484.00 |
| | | | −2.00 hrs | −440.00 |
| | | | .20 hrs. | 44.00 |

$5,510.00  4,530.00

**EXPENSES**

| Date | Description | | Amount |
|---|---|---|---|
| 02/03/2010 | FEDERAL EXPRESS | | 16.73 |
| 02/03/2010 | FILING FEE JOSEPH MCMAHON III | | 10.00 |
| 02/28/2010 | IN HOUSE COPIES | COPIES @.10 PER PAGE | 10.00 |
| | | | $36.73 |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| AMA | ANDERSON, ANN M | 2.00 Hrs | 165.00 /Hr | 330.00 |
| JML | LUCAS, JANINE M | 18.00 Hrs | 220.00 /Hr | 3960.00 |
| MH | HART, MILES D | 4.00 Hrs | 305.00 /Hr | 1220.00 |

<u>Billing Summary</u>

Total professional services        $5,510.00  4530.00
Total expenses incurred            $36.73

Total $ 4,566.73

REDACTED

# SARETSKY HART MICHAELS & GOULD PC
995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

March 31, 2010

TD AMERITRADE

Invoice#  2761  MH
Our file#  9  0016
Billing through  03/31/2010

REDACTED

AMAR PAUL SINGH SAWHNEY
PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/2010 | JML | CALL FROM COURT RE: STATUS OF PRO HAC VICE MOTION REDACTED | 1.00 hrs. −.80 hrs. .20 hrs | 220.00 −176.00 44.00 |
| 03/02/2010 | JML | REVIEW ORDER OF ADMISSION PRO HAC VICE | 0.20 hrs. | 44.00 |
| 03/03/2010 | AMA | E-FILING REGISTRATION FORMS FOR THE EASTERN DISTRICT OF LOUISIANA | 0.40 hrs. | 66.00 |

REDACTED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/04/2010 | JML | REDACTED<br><br>REVIEW CLAIMANTS MOTION TO FILE AMENDED COMPLAINT AND PROPOSED AMENDMENT; EMAILS TO/FROM CLIENT RE: SAME | 0.80 hrs.<br>−.20 hrs<br>.60 hrs | 176.00<br>− 44.00<br>132.00 |

REDACTED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/05/2010 | JML | EMAILS TO/FROM CLIENT RE: RESPONSE TO MOTION TO AMEND AND REDACTED STARTED DRAFTING RESPONSE TO MOTION TO AMEND; CALL TO CLERK RE: REASON WHY OUR RESPONSE TO SAWHNEY'S MOTION HAS NOT BEEN ENTERED ON THE SYSTEM | 1.60 hrs.<br>−.60 hrs.<br>1.00 hrs | 352.00<br>− 132.00<br>220.00 |
| 03/08/2010 | MH | REVIEW CLAIMANT'S FEDERAL COURT PLEADINGS AND HIS ATTACHMENTS | 0.90 hrs. | 274.50 |
| 03/09/2010 | MH | DETAILED REVIEW OF SAWHNEY'S AMENDED COMPLAINT FOR MOTION TO VACATE AWARD | 1.20 hrs. | 366.00 |
| 03/12/2010 | MH | REVIEW SAWHNEY'S LATEST FEDERAL COURT FILING | 0.80 hrs. | 244.00 |
| 03/15/2010 | JML | CONTINUED DRAFTING RESPONSE TO CLAIMANT'S MOTION TO FILE AN AMENDED COMPLAINT; CALL TO JUDGE'S CLERK RE: HEARING ON SAWHNEY'S MOTION | 3.20 hrs. | 704.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/2010 | AMA | LETTER TO A SAWHNEY | 0.40 hrs. | 66.00 |
| 03/16/2010 | JML | CONTINUED DRAFTING RESPONSE TO MOTION TO AMEND THE COMPLAINT; FINALIZED AND FILED SAME; CALL TO LOCAL COUNSEL RE: SAME | 4.20 hrs. | 924.00 |
| 03/20/2010 | JML | REVIEW CLAIMANT'S RESPONSE TO TD AMERITRADE'S MOTION TO CONFIRM | 0.40 hrs. | 88.00 |
| 03/22/2010 | JML | CALL FROM CLAIMANT RE: OUTSTANDING MOTIONS SET FOR 3/24/10 | 0.20 hrs. | 44.00 |
| 03/23/2010 | JML | STARTED DRAFTING REPLY BRIEF IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD | 0.50 hrs. | 110.00 |
| 03/25/2010 | JML | REVIEW OPINION AND ORDER DENYING CLAIMANT'S MOTION TO AMEND WITHOUT PREJUDICE; EMAIL CLIENT RE: SAME; REVIEW CLAIMANANTS "REQUEST TO THE HONORABLE CLERK OF THE COURT" AND "REQUEST TO THE HONORABLE JUDGES FALLON AND SHUSHAN" FILED WITH THE COURT TODAY | 0.50 hrs. | 110.00 |
| 03/26/2010 | AMA | LETTER TO A SAWHNEY | 0.40 hrs. | 66.00 |
| 03/26/2010 | JML | DRAFTED AND RESPONSE TO CLAIMANTS REQUESTS TO THE COURT FILED 3/25/10 REGARDING VACATING ARBITRATION AWARD AS A RESULT OF ERRONEOUS AWARD ON COUNTERCLAIM; LEGAL RESEARCH RE: STATUTORY PROVISION TO CORRECT OR MODIFY AN AWARD IN LIEU OF VACATION OR VACATING ONLY PART OF AN ARBITRATION AWARD | 3.20 hrs. | 704.00 |
| 03/30/2010 | JML | EMAIL FROM/TO CLAIMANT RE: HIS REPLY TO OUR RESPONSE TO TO HIS | 0.20 hrs. | 44.00 |

"REQUESTS" TO THE CLERK AND THE
COURT RE: VACATING AWARD OVER
COUNTERCLAIM ISSUE

~~$5,334.00~~ $4,250.50

### EXPENSES
| Date | Description | Detail | Amount |
|---|---|---|---|
| 02/25/2010 | FEDERAL EXPRESS | | 19.39 |
| 03/05/2010 | FEDERAL EXPRESS | | 28.29 |
| 03/31/2010 | IN HOUSE COPIES | COPIES @.10 PER PAGE | 31.80 |
| | | | $79.48 |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| AMA | ANDERSON, ANN M | 2.70 Hrs | 165.00 /Hr | 445.50 |
| JML | LUCAS, JANINE M | 18.20 Hrs | 220.00 /Hr | 4004.00 |
| MH | HART, MILES D | 2.90 Hrs | 305.00 /Hr | 884.50 |

### Billing Summary

Total professional services       ~~$5,334.00~~ $4,250.50

Total expenses incurred                    $79.48

Total: $4,329.98

REDACTED

# SARETSKY HART MICHAELS & GOULD PC
995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

April 30, 2010

Invoice# 2865 MH

TD AMERITRADE

Our file# 9 0016
Billing through 04/30/2010

**REDACTED**

AMAR PAUL SINGH SAWHNEY
PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/2010 | JML | REVIEW CLAIMANT'S FILING RESPONDING TO COURT'S ORDER DENYING HIS MOTION TO AMEND | 0.20 hrs. | 44.00 |
| 04/03/2010 | JML | REVIEW NUMEROUS EMAILS FROM CLAIMANT RE: HIS RESPONSE TO COURT'S DENIAL OF HIS MOTION TO FILE AMENDED COMPLAINT | 0.20 hrs. | 44.00 |
| 04/09/2010 | JML | REVIEW EMAIL FROM CLAIMANT RE: HIS RECENT COURT FILING; REVIEWED THE FOLLOWING DOCUMENTS FILED BY CLAIMANT: MOTION TO AMEND THE COMPLAINT, APRIL 9, 2010 LETTER FROM CLAIMANT TO THE COURT, MARCH 29, 2010 LETTER FROM CLAIMANT TO THE COURT, PROPOSED ORDER, NOTICE OF HEARING | 0.70 hrs. | 154.00 |
| 04/12/2010 | JML | REVIEW AMENDED NOTICE OF HEARING FILED BY THE COURT SPECIFYING THAT THERE IS NO ORAL ARGUMENT AND THE MOTION WILL BE DECIDED ON BRIEFS ONLY | 0.20 hrs. | 44.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/13/2010 | MH | REVIEW OF FEDERAL COURT PLEADINGS AND THE 5TH CIRCUIT'S VIEW OF VACATUR OF ARBITRATION AWARDS | 0.90 hrs. | 274.50 |
| 04/17/2010 | JML | STARTED DRAFTING RESPONSE TO SAWHNEY'S LATEST MOTION TO AMEND THE COMPLAINT; LEGAL RESEARCH RE: REDUNDANT OR SUPERFLUOUS PLEADINGS/MOTIONS UNDER THE FEDERAL RULES | 3.60 hrs. | 792.00 |
| 04/18/2010 | JML | COMPLETED DRAFT RESPONSE TO SAWHNEY'S LATEST MOTION TO AMEND THE COMPLAINT; ADDITIONAL LEGAL RESEARCH RE: REDUNDANT OR SUPERFLUOUS PLEADINGS/MOTIONS UNDER THE FEDERAL RULES | 1.20 hrs. | 264.00 |
| 04/19/2010 | JML | REVISED/FINALIZED DRAFT RESPONSE TO SAWHNEY'S MOTION TO AMEND; EMAIL AND COPY OF SAME TO CLAIMANT | 0.40 hrs. | 88.00 |
| 04/20/2010 | AMA | LETTER TO A SAWHNEY | 0.30 hrs. | 49.50 |
| 04/20/2010 | JML | CALLS FROM/TO CLIENT RE: RESPONSE TO SAWHNEY'S MOTION TO AMEND; REVISED RESPONSE ACCORDINGLY AND FILED SAME | 0.50 hrs. | 110.00 |
| 04/21/2010 | JML | REVIEW CLAIMANT'S FILING DATED 4/16/10; DRAFTED AND FILED RESPONSE | 0.70 hrs. | 154.00 |
| 04/28/2010 | MH | REVIEW OF VARIOUS FILINGS MADE BY SAWHNEY IN RELATION TO COURT'S RECENT RULING | 0.80 hrs. | 244.00 |
| 04/28/2010 | JML | REVIEW LATEST FILING BY CLAIMANT | 0.60 hrs. | 132.00 |
| 04/29/2010 | MH | REVIEW MAGISTRATE'S ORDER RELATED | 0.20 hrs. | 61.00 |

| | | | | |
|---|---|---|---|---|
| 9 | TD AMERITRADE | | Invoice# 2865 | Page 3 |
| | TO SAWHNEY'S MOTION TO AMEND COMPLAINT | | | |

$2,455.00

**EXPENSES**

| | | | |
|---|---|---|---|
| 03/26/2010 | POSTAGE | | 1.05 |
| 04/01/2010 | WEST LAW ONLINE RESEARCH | | 0.00 |
| 04/30/2010 | IN HOUSE COPIES | COPIES @.10 PER PAGE | 10.90 |
| | | | $11.95 |

| | | | | |
|---|---|---|---|---|
| AMA | ANDERSON, ANN M | 0.30 Hrs | 165.00 /Hr | 49.50 |
| JML | LUCAS, JANINE M | 8.30 Hrs | 220.00 /Hr | 1826.00 |
| MH | HART, MILES D | 1.90 Hrs | 305.00 /Hr | 579.50 |

**Billing Summary**

Total professional services $2,455.00

Total expenses incurred $11.95

*Total $2,466.95* (handwritten)

REDACTED

# SARETSKY HART MICHAELS & GOULD PC

995 SOUTH ETON
BIRMINGHAM, MI 48009
WWW.SARETSKY.COM
(248)502-3300
TAX ID: 02-0796459

August 31, 2010

TD AMERITRADE

Invoice# 3213 MH
Our file# 9 0016
Billing through 08/31/2010

AMAR PAUL SINGH SAWHNEY

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/12/2010 | MH | REVIEW PENDING MOTIONS | 0.40 hrs. | 122.00 |
| 08/30/2010 | MH | REVIEW MOTION TO EXPEDITE DECISION ON PENDING MOTIONS | 0.30 hrs. | 91.50 |
| 08/30/2010 | JML | REVIEW PLAINTIFF'S "MOTION FOR SPEEDING RESOLUTION OF THE CASE"; REVIEW LOCAL COURT RULES RE: MOTION, RESPONSES AND HEARING DATES; CALL TO/FROM JUDGE'S CLERK RE: STATUS OF CASE AND PENDING MOTIONS; EMAIL TO CLIENT RE: SAME | 1.20 hrs. | 264.00 |

$477.50

| | | | | | |
|---|---|---|---|---|---|
| JML | LUCAS, JANINE M | 1.20 Hrs | 220.00 /Hr | 264.00 |
| MH | HART, MILES D | 0.70 Hrs | 305.00 /Hr | 213.50 |

Billing Summary

Total professional services          $477.50

Total: $477.50

REDACTED