UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMAR PAUL SINGH SAWHNEY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 09-7651** |
| | * | |
| **TD AMERITRADE, INC.** | * | **SECTION "L"(1)** |

## ORDER

Considering Plaintiff's Motion for Leave to File Reply (R. 34), IT IS ORDERED that this Motion is GRANTED.

New Orleans, Louisiana, this 2nd day of November, 2010.

_____
U.S. DISTRICT JUDGE