Law Offices
**SARETSKY HART MICHAELS & GOULD PC**
995 SOUTH ETON
BIRMINGHAM, MICHIGAN 48009
TELEPHONE (248) 502-3300
FACSIMILE (248) 502-3301
WWW.SARETSKY.COM

jlucas@saretsky.com

December 17, 2010

**VIA FEDERAL EXPRESS**

Amar Paul Singh Sawhney
4709 Sheridan Avenue
Metairie, Louisiana 70002

    Re:    Amar Paul Singh Sawhney v. TD Ameritrade, Inc.
             United States District Court for the Eastern District of Louisiana
             Case No. 09-7651

Dear Dr. Sawhney:

    On September 17, 2010, the Court ordered you to pay TD Ameritrade's legal fees incurred as a result of your efforts to avoid enforcement of the arbitration award. You subsequently filed a motion for reconsideration. On December 2, 2010, the Court denied your motion and ordered that "Plaintiff fulfill his obligation to pay Defendant's costs, which Defendant now calculates to be $17,080.96." See attached.

    If we do not receiving payment by January 15, 2011, TD Ameritrade will seek entry of a judgment against you for that amount plus whatever costs are incurred in securing the judgment. Please make your payment payable to TD Ameritrade, Inc. and forward it to my office at the address noted above.

    Thank you for your anticipated cooperation.

                               Very truly yours,

                               Janine M. Lucas

Enclosure

cc:    Judge Eldon E. Fallon (w/o enc., via EFC)