UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 14  PM 2: 10

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| AMAR PAUL SINGH SAWHNEY | * | CIVIL ACTION |
| VERSUS | * | NO. 09-7651 |
| TD AMERITRADE, INC. | * | SECTION "L"(1) |

## ORDER

The Court is in receipt of and has reviewed the attached correspondence from the Plaintiff. IT IS ORDERED that this correspondence to be entered in to the record.

New Orleans, Louisiana, this 10th day of January 2011.

U.S. DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___