DEC 06 2010

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 14 PM 2: 10

December 05, 2010

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

Amar Paul Singh Sawhney

CIVIL ACTION No. 09-7651  L (1)  Pro-se

Versus

Honorable Judge Eldon E. Fallon

and

TD- Ameritrade, et al

Honorable Magistrate Judge Sally Shushan

Dear Honorable Judge Fallon:

Good morning sir.

I, the plaintiff Sawhney, received your Order & Reasons (#38, dated December 02, 2010) yesterday and want to thank you for your time and effort that might have been involved in conducting (as sincerely requested by me) your personal, in-depth review of my recent appeal [Rec. No. 32, dated September 17, 2010] on the above cited civil case. However, I am very sorry and sad to document here that I, an honest and well-recognized federal scientist, now have lost faith in the judiciary (particularly the court in reference) of our great nation on the planet.

Despite accurately and 100% truthfully providing to FINRA (a Wall Street ...) all the necessary documents, evidences and testimonies <u>required to prove</u> that TD-Ameritrade, Defendant, indeed acted wrongfully and even illegally on several counts in my trading, especially on June 26, 2008, the FINRA Arbitration, *clearly without properly reading and understanding the underlying issues of the dispute/case,* unfairly and wrongfully awarded a clearly incorrect Award in favor of Defendant TD-Ameritrade, whose (high-profile/elite) <u>attorneys frequently had provided distorted, misleading and even flatly wrong statements and arguments which partly, however significantly, had contributed to the Arbitration's failure to render a fair and just resolution of the dispute</u>

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

## AND

despite presenting to <u>your</u> <u>Honor my oath-pertinent ("sworn") statements and details of all the facts concerning the dispute and FINRA'S Faulty Arbitration</u>, *I believe that the court, instead of searching the truth and justice by researching/reviewing <u>TD-Ameritrade's clearly illegal violations and the FINRA Arbitration's obvious shortcomings/shortfalls (beside the previously described prejudices) in issuing an incorrect and unfair Award</u>,* <u>lopsidedly and perhaps deliberately dwelled, *this time*, mainly on citing the TD-A attorneys-induced, *5th Circuit-specific* arguments and case histories, in order to perhaps purposely discourage me from proceeding toward the next-level (5th Cir) court</u>, which, surprisingly, is located next door to the District Court. It seems that the attorneys' arguments and statements somehow considerably influence and, hence, ease the function and decision-making process of a court. Since I was not an attorney, my so-called "Pro-se" case really did not have any meaningful say in this truly legitimate dispute that has been unfairly won by the defending attorneys' numerous distorted, misleading and false statements and arguments <u>(please again review my appeal in Rec. No 32)</u>. Anyhow, I really wonder how a superior court judge, serving next door to a district court, could *comfortably* reverse the decision of a neighboring court's judge. <u>This seems unlikely and against the human tendency</u>; the honorable judges are also humans!! If one court/judge did not or could not search and find the applicable favorable rules and laws, how can I expect the other (neighboring) court/judge to even try to find ones, especially for a layman like this plaintiff ........

At any rate, this has been sad, very sad expeience in that proper justice was not served by your honorable court. May the Almighty God bless the spirits of truth, wisdom and justice to all of us in the future.

Sincerely with best regards,

*[signature]* 12-06-10

The "poor" A. P. S. Sawhney, D.Sc.
4709 Sheridan Avenue
Metairie, LA 70002

Tel: (504) 286-4568
<paulsawhney@hotmail.com>

<u>cc</u>