UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMAR PAUL SINGH SAWHNEY** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 09-7651 |
| | * | |
| **TD AMERITRADE, INC.** | * | SECTION "L"(1) |

## ORDER

On December 2, 2010, the Court issued an Order & Reasons wherein Plaintiff was ordered to pay the Defendant's costs for the litigation pursuant to the agreement entered into by the parties. *See* (R. Doc. 38). The Defendant submitted evidence of its costs, *see* (R. Doc. 33, Exs. 1-3), to which the Court permitted Plaintiff to raise objections thereto. *See* (R. Doc. 38). The Plaintiff has not raised any such objections, and the Court finds that the evidence submitted by Defendant properly supports its claim for $17,080.96 in costs. Accordingly, IT IS ORDERED that Plaintiff is obligated to pay for Defendant's costs of $17, 080.96.

New Orleans, Louisiana, this 28th day of February 2011.

_____
U.S. DISTRICT JUDGE