UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AMAR PAUL SINGH SAWHNEY,

    Plaintiff,

vs.

TD AMERITRADE, INC.,

    Defendant.

CASE NO. 09-CV-07651

HON. ELDON E. FALLON

| | |
|---|---|
| Amar Paul Singh Sawhney<br>Pro Se<br>4709 Sheridan Avenue<br>Metairie, Louisiana 70002<br>(504) 455-8568 (Home)<br>paulsawhney@hotmail.com | Saretsky Hart Michaels and Gould PC<br>Attorneys for TD Ameritrade, Inc.<br>By: Miles D. Hart (Pro Hac Vice Pending)<br>    Janine M. Lucas (Pro Hac Vice Pending)<br>995 South Eton<br>Birmingham, Michigan 48009<br>(248) 502-3300<br>mhart@saretsky.com<br>jlucas@saretsky.com<br><br>Joseph R. McMahon, III (Bar No. 21769)<br>Local Counsel for TD Ameritrade, Inc.<br>110 Ridgelake Drive<br>Metairie, LA 70001<br>(504) 828-6225<br>jrm@webdsi.com |

## NOTICE OF PAYMENT OF ATTORNEY FEES

TD Ameritrade, Inc. ("TD Ameritrade"), by and through its attorneys, Saretsky Hart Michaels & Gould PC and Joseph R. McMahon, III, hereby informs the Court that on January 17, 2011, TD Ameritrade received payment in the amount of $17,080.96 from

Plaintiff in full satisfaction of the Court's award of attorney fees.

                        Respectfully submitted,

                        Saretsky Hart Michaels & Gould PC
                        Attorneys for TD Ameritrade

By:   **/s Janine M. Lucas**
      Miles D. Hart
      Janine M. Lucas
      995 South Eton
      Birmingham, Michigan 48009
      (248) 502-3300
      mhart@saretsky.com
      jlucas@saretsky.com

      **/s Joseph R. McMahon, III**
      Local Counsel
      110 Ridgelake Drive
      Metairie, LA 70001
      (504) 828-6225
Dated: March 1, 2011    jrm@webdsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 1, 2011, she electronically filed the foregoing with the Clerk of the court by using the CM/ECF system which will send a notice of electronic filing to Joseph R. McMahon, Miles D. Hart and Janine M. Lucas. The undersigned further certifies that she mailed the foregoing by first class mail, proper postage affixed, to non-CM/ECF participant Amar Paul Singh Sawhney.

                        Saretsky Hart Michaels & Gould PC
                        Attorneys for TD Ameritrade

By:   **/s Janine M. Lucas**
      Janine M. Lucas
      Saretsky Hart Michaels & Gould PC
      Attorneys for TD Ameritrade
      995 South Eton
      Birmingham, Michigan 48009
      Telephone: (248) 502-3300
      Fax: (248) 502-3301
      Email: jlucas@saretsky.com

Law Offices
Saretsky Hart Michaels & Gould PC