UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMAR PAUL SINGH SAWHNEY | CIVIL ACTION |
| VERSUS | NO. 09-7651 |
| TD AMERITRADE | SECTION: L |

J U D G M E N T

Considering the Court's Order & Reasons, dated September 16, 2010 (rec. doc. 29), its Order & Reasons, dated December 1, 2010 (rec. doc. 38), as well as its Order dated February 28, 2011 (rec. doc. 41), accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, TD Ameritrade, Inc. (sued as TD Ameritrade), and against plaintiff, Amar Paul Singh Sawhney, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this __2nd__ day of March, 2011.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**