03-04-11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

Amar Paul Singh Sawhney                     CIVIL ACTION No. 09-7651  L (1)  Pro-se

     Versus

                              **Honorable Judge Eldon E. Fallon**

TD- Ameritrade, et al

                              **Honorable Judge Sally Shushan**

## RESPONSE (and REQUEST) TO the Court Document # 41, dated March 01, 2011.

**Your Honor:**

I, the plaintiff, thank you for your Order (D. # 41, dated March 1, 2011) received today and want to let you know that immediately after receiving your previous Order (#38), I had remitted, in early January 2011, the entire amount of $17K+ to the Defendant's attorneys in Illinois.

Your honor, on December 10, 2009, I had approached to your honorable court, in order to seek "JUSTICE" for the total, irreversible destruction/loss of my entire life's investment account (of > a million dollars, on June 10, 2008) by TD-Ameritrade's several wrongful and even illegal actions, especially those pertaining to TD-A.'s illegitimate and illegal rejection of my several sale orders of **covered call options**, worth hundreds of thousand dollars, on June 26, 2008.

Sadly, however, despite my best efforts to present to your Honor my case 100% truthfully, the justice unfortunately was not served at all, mainly due to, as I believe:

The court unconscientiously (perhaps because of a so-called legal protocol) was almost totally and unjustifiably "influenced" by the clearly incorrect and wrongful FINRA Arbitration Award (awarded by, in my view, an inappropriate and even unqualified arbitration panel), which was grossly influenced and lopsided by the intentionally-induced domination of Defendants' (an elite law firm in Illinois, representing TD-Ameritrade of SD) statements and arguments -- numerous of which clearly and indisputably were cold misinterpretations, distortions, even flat lies, **and totally**

TENDERED FOR FILING     TENDERED FOR FILING

MAR - 7 2011

U.S. DISTRICT COURT
Eastern District of Louisiana

MAR 1 5 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**irrelevant to the underlying issues and facts of the case** (please review, if possible, my last doc sent for your personal review). In other words, the court, like the FINRA Arbitration Panel, did not even conscientiously try to find the truth and facts of the case and, instead, simply relied (copied) on a sort of a legal protocol on an Arbitration Award that, in itself, was erroneously generated based on the distorted, muted, irrelevant and even false statements orchestrated and presented by the Defendants' elite law firm in Il. Thus, in sum, I believe that my truly genuine case was not "rationally" handled by the staff of your honorable court. Your Honor, as you probably now have come to know that I am a layman in legal affairs. Frankly, I did not want to unnecessarily pay up to 40% of my expected/justified/favorable (large) award to an attorney for her/his legal fees involved in a simple, straightforward case. In my 73+ years of life, I have never ever been involved in any lawsuit. This one, my first ever, sadly ended in my several other misfortunes.

At any rate, my objective of bringing the case to your Honor's attention was to faithfully present all the truth, facts and issues of this truly valid case, in order to seek a rational, fact-based justice for my dispute with TD-A. And my mission was to get a court order to TD-A to reimburse for my huge, irrecoverable losses that were directly caused by wrongful and even illegal actions of TD-Ameritrade. I justifiably was counting on > a million dollar compensatory award from your honorable court. Although the Defendant attorneys' fees of $17K+ are substantial and undeserving from my standpoint, the FINRA Arbitration Panel somehow had waived the attorneys' fees in their issued award. I am wondering if your honorable court also can do the same and waive the attorneys' fees of ~ $17,000 {which, as per your previous (#38) Order, as it was understood by me then, was promptly remitted to the Defendant's law firm in Il}.

Hopefully, the Almighty God now will shower the ultimate truth and justice in some form or fashion and that really is what ultimately counts and is meaningful in our modern (wild) life of today.

Finally, I do want to continue to express my best regards to your Honor and to your honorable staff.

Sincerely,

*A.P.Sawhney 03-04-11*

A. Paul S. Sawhney

4709-Sheridan Avenue

Metairie, LA 70002