UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AMAR PAUL SINGH SAWHNEY** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 09-7651** |
| | * | |
| **TD AMERITRADE, INC.** | * | **SECTION "L"(1)** |

## ORDER

The Court has reviewed the latest correspondence submitted by the Plaintiff in the above captioned matter. (R. Doc. 44). The Court entered a final Judgment in the case prior to receipt of the correspondence. Additionally, Plaintiff has already tendered costs to the Defendant. Accordingly, on these bases the Court denies Plaintiff's request.

New Orleans, Louisiana, this 25th day of March 2011.

_____
U.S. DISTRICT JUDGE